# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0369

_____

C. C.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
David M. Gooding, Judge.

April 11, 2018


PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.110(*l*); Fla. R. App. P. 9.020(i).

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffrey L. Barrett, Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee; Ward L. Metzger, Children's Legal Services, Jacksonville, for Appellee.